**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUCIUS LEE RACKARD WILLIAMS,

    Plaintiff,

v.                                      Case No: 6:18-cv-350-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal of the final decision of the Commissioner of Social Security's denial of his application for Social Security Disability benefits (Doc. 1) filed on March 8, 2018. The United States Magistrate Judge has submitted a report recommending that the decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 12, 2019 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of the Claimant and close the case.

**DONE AND ORDERED** in Orlando, Florida on February 27, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties